# United States Court of Appeals

## For the First Circuit

No. 06-2044

UNITED STATES OF AMERICA,
Appellee,

v.

JOSE JIMENEZ,
Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on October 31, 2007 is amended as follows:

Page 5, line 21, "goverment" is amended to read "government

Page 5, the citation "United States v. Turner, 2007 U.S. App LEXIS 20981, at *26 (1st Cir. Aug. 31, 2007)" should more properly be "United States v. Turner, 501 F.3d 59, 72 (1st Cir. 2007)"

Page 6, "Fed. R. Evid." is underlined twice, once in the body in the first full paragraph, and once in note 2. It should not be.

Page 9, remove the extra space after "unless" on line 11.

Page 10, n5 italicize "inter alia"

Page 11, the citation "Turner, 2007 U.S. App. LEXIS, at *12" should more properly be "Turner, 501 F.3d at 67"

Page 11, the citation "United States v. Brown, 2007 U.S. App. LEXIS 20061, at *24 (1st Cir. Aug. 22, 2007)" is more properly "United States v. Brown, 500 F.3d 48, 59 (1st Cir. 2007)"

Page 14, after "felonies" on line 14 there should be a semicolon instead of a comma.

Page 16, "grievous" should be not underlined but instead italicized.